841 A.2d 88

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ABDUL MUMIN, DEFENDANT–PETITIONER.

January 21, 2004.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *State v. Bellamy,* 178 *N.J.* 127, 835 *A.*2d 1231 (2003).

841 A.2d 88

TOMMY LOPEZ, INDIVIDUALLY AND AS ADMINISTRATOR ETC., ET AL., PLAINTIFFS–RESPONDENTS, v. PEGGY A. PETERS, ET AL., DEFENDANTS, AND STATE FARM INDEMNITY COMPANY, DEFENDANT–PETITIONER.

January 22, 2004.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division to reconsider in the light of *Vassiliu v. Daimler Chrysler Corp.,* 178 *N.J.* 286, 839 *A.*2d 863 (2004).